# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH   DIVISION

CRAIG BARROW III,            )
                                )
        Plaintiff,      )
v.                           )     Case No.    CV414-251
                                )
FEDERAL EMERGENCY    )
MANAGEMENT AGENCY,    )
                                )
        Defendant.    )

## O R D E R

The Court having reviewed and considered the petition of Jonathan L. Schwartz of the law firm of Jon L. Schwartz, P.C., 1170 Peachtree Street, #1200, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Craig Barrow III, in the above-captioned case,

Said request is hereby **GRANTED** and the Clerk is **DIRECTED** to enter Jonathan L. Schwartz as counsel of record for plaintiff Craig Barrow III, in this case.

**SO ORDERED** this ___21st___ day of November, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA