IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CRAIG BARROW, III,

    Plaintiff,

v.      CV 414-251

FEDERAL EMERGENCY MANAGEMENT
AGENCY,

    Defendant.

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 45.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that Plaintiff's complaint against Defendant is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA